# Order

Michigan Supreme Court
Lansing, Michigan

May 23, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146928 & (45)

NICHOLAS A. WHITE, by his Next
Friend, BERTHA WHITE,
   Plaintiff-Appellee,

v

ROSEVILLE PUBLIC SCHOOLS,
   Defendant,

and

MATTHEW KOMAROWSKI,
   Defendant-Appellant.
_____

SC: 146928
CoA: 307719
Macomb CC: 11-000569-NZ

  On order of the Chief Justice, a stipulation signed by the attorneys for the parties agreeing to the dismissal of this application for leave to appeal is considered and, IT IS HEREBY ORDERED that the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 23, 2013

_____
Clerk